# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 9:20-bk-00205-FMD
                                                                                                Chapter 13

Paul Robert Miller and Celeste Pauline Miller

          Debtors.
_____/

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO ATTEND §341 MEETING OF CREDITORS, FAILURE TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS

      COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal and in support thereof would state as follows:

      1.    The Debtors' Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on January 10, 2020.

      2.    A §341 Meeting of Creditors was scheduled on March 5, 2020 pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, a copy of which the Clerk of the Bankruptcy Court mailed to all parties in interest on or about January 13, 2020.  The Debtors and Debtors' attorney failed to appear at the aforementioned §341 Meeting of Creditors and failed to provide at least seven (7) days prior to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed.

      3.    The Debtors' failure to attend the above listed §341 Meeting as required under 11 U.S.C. §343 constitutes a failure to appear before this Court in proper prosecution of the case and is an unreasonable delay that is prejudicial to creditors and constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1).

4.       **The Trustee hereby notifies the Debtors that the §341 Meeting of Creditors shall be rescheduled to April 9, 2020 at 10:00 a.m., at Fort Myers Federal Building/Courthouse, 2110 1st Street, Room 2-101, Fort Myers Florida, 33901-3011.**

5.       In the event the Debtors fail to attend the rescheduled §341 Meeting of Creditors and fail to provide at least seven (7) days prior to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

### CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically by CM/ECF services and/or by U.S. Mail to **Paul R. Miller**, Debtor, 2140 Chandler Ave., Fort Myers, FL 33907, **Celeste P. Miller,** Debtor, 11480 Villa Grand, Apt 118, Fort Myers, FL 33913 and **Jonathan M. Bierfeld, Esquire**, Attorney for Debtors, c/o Martin Law Firm PL, 3701 Del Prado Blvd., Cape Coral, FL 33904 this 10th day of March, 2020.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/sn