

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/16/2020 01:30 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:20-bk-00205-FMD | 13 | 01/10/2020 |

**Chapter 13**

**DEBTOR:**        Paul Miller

                            Celeste Miller

**DEBTOR ATTY:**   **Jonathan Bierfeld**

**TRUSTEE:**       **Jon Waage**

**HEARING:**

Confirmation Hearing

**APPEARANCES:**: Jonathan Bierfeld

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Confirmation Hearing -   Continued to 10/8/2020 at 1:35 pm, Announed in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.